```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 14120
   JAVIER ROSADO
                                             CHAPTER 13

                                             JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-1740
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

  Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

  1.  The case was filed on 08/07/07 and confirmed on 11/16/07.

  2.  The case was dismissed after confirmation, 06/27/2008.

  3.  The Debtor paid a total of $   4410.00 .

  4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| SAXON MORTGAGE SERVICES | MORTGAGE ARRE | 648.67 | .00 | 648.67 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | .00 |
| MONTEREY FINANCIAL SERVI | SECURED | 400.00 | 10.20 | 130.59 |
| ROUNDUP FUNDING LLC | UNSECURED | 946.98 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 4527.48 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | 2227.44 | .00 | 900.00 |
| MONTEREY FINANCIAL SERVI | UNSECURED | 1701.21 | .00 | .00 |
| B REAL LLC | UNSECURED | 1988.64 | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | 1336.43 | .00 | .00 |

       Summary of disbursements:
---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3276.11 | .00 | 10500.74 | .00 | 13776.85 |
| PRINCIPAL PAID | 1679.26 | .00 | .00 | .00 | 1679.26 |
| INTEREST PAID | 10.20 | .00 | .00 | .00 | 10.20 |
| TOTAL PAID | 1689.46 | .00 | .00 | .00 | 1689.46 |

The Debtor's attorney, RICHARD S BASS                   , was allowed $   3200.00
and was paid $    700.00  direct and $   2500.00  through the plan.

The Trustee received $     220.54 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 09/10/08                    /s/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE